UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cv-24156-BLOOM/Otazo-Reyes

**RENÉ GARCIA** and **JAVIER FERNÁNDEZ**,

    Plaintiffs,

v.

**KERRIE J. STILLMAN**, EXECUTIVE DIRECTOR, FLORIDA COMMISSION ON ETHICS, in her official capacity; **GLENTON GILZEAN, JR.**, CHAIRMAN, FLORIDA COMMISSION ON ETHICS, in his official capacity; **DON GAETZ**, VICE CHAIRMAN, FLORIDA COMMISSION ON ETHICS, in his official capacity; **MICHELLE ANCHORS**, COMMISSIONER, FLORIDA COMMISSION ON ETHICS, in her official capacity; **WILLIAM P. CERVONE**, COMMISSIONER, FLORIDA COMMISSION ON ETHICS, in his official capacity; **JOHN GRANT**, COMMISSIONER, FLORIDA COMMISSION ON ETHICS, in his official capacity; **WILLIAM N. MEGGS**, COMMISSIONER, FLORIDA COMMISSION ON ETHICS, in his official capacity; **ED H. MOORE**, COMMISSIONER, FLORIDA COMMISSION ON ETHICS, in his official capacity; **WENGAY M. NEWTON, SR.**, COMMISSIONER, FLORIDA COMMISSION ON ETHICS, in his official capacity; **JIM WALDMAN**, COMMISSIONER, FLORIDA COMMISSION ON ETHICS, in his official capacity; **ASHLEY MOODY**, ATTORNEY GENERAL, STATE OF FLORIDA, in her official capacity; and **JIMMY PATRONIS**, CHIEF FINANCIAL OFFICER, STATE OF FLORIDA, in his official capacity,

    Defendants.
_____/

## FINAL JUDGMENT

**THIS CAUSE** is before the Court upon the Parties' competing Motions for Summary Judgment. ECF No. [82] (Plaintiffs' Motion); ECF No. [85] (Defendants' Motion). For the reasons explained in the Court's Omnibus Order, Plaintiffs' Motion is granted, and Defendants' Motion is

Case No. 22-cv-24156-BLOOM/Otazo-Reyes

denied. Pursuant to Federal Rule of Civil Procedure 58(a), the Court enters Final Judgment separately.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiffs' Motion for Summary Judgment and Permanent Injunction, **ECF No. [82]**, is **GRANTED**.

2. Defendants' Motion for Summary Judgment, **ECF No. [85]**, is **DENIED**.

3. Defendants, together with their officers, agents, servants, employees, and attorneys, as well as all other persons who are in active concert or participation with any of the foregoing individuals, are **PERMANENTLY ENJOINED** from enforcing Article II, Section 8(f)(2) of the Florida Constitution.

4. To the extent not otherwise disposed of, all pending motions are **DENIED AS MOOT** and all deadlines are **TERMINATED**.

5. The Clerk of Court is directed to **CLOSE** this case.

6. The Court retains jurisdiction to resolve any post-judgment motions.

**DONE AND ORDERED** in Chambers at Miami, Florida, on August 9, 2023.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record